AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**WEI CHIN**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

*(Name and Address of Defendant)*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 14, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce.**

in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

**Signature of Complainant**
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                           City and State

_____     _____
**Name & Title of Judicial Officer**           **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On Friday, February 15, 2008, the undersigned, Detective Timothy Palchak a member of the Innocent Images MPD/FBI Task force was acting in an undercover capacity using Yahoo Instant Messenger posing as a fourteen year old female using the screen name, "Mandy Poole".

The undersigned began chatting with the defendant who uses the screen names, "Wei Chin" and "Juicy Pink", in June of 2007, and has had several Instant Message conversations with the defendant since that time.  On February 14, 2008, the defendant using the screen name, "Wei Chi" agreed to have vaginal sex with the undersigned's fictitious character, "Mandy Poole".  The defendant stated, "We will go to a small hotel if u are ok with it." The undersigned asked the defendant if he would use condoms because she did not want to get in trouble.  The defendant stated, "sure! I got everything".  The defendant stated that he would bring a hat with him to make, "Mandy" look older.

On Friday, February 15, 2008, the undersigned made arrangements to meet, the defendant in the 100 block of Franklin Street Northeast, Washington, D.C. at 1630 hours.  The defendant informed, "Mandy" that he would be driving a four door black Sedan.  During the course of the chats the defendant provided his cell phone number xxx xxx-xxxx to the undercover who was posing as, "Mandy".  A Public Database search revealed that the cell phone number resolved back to the defendant, Wei Chin.

On Friday February 15, 2008, the Defendant arrived at the pre arranged meeting location where he was stopped and placed under arrest. (100 block of Franklin Street NE D.C.)  The defendant was operating a dark colored four door Honda Civic bearing Maryland registration JLE 270 at the time of his arrest.  Recovered from the defendant's vehicle was rope, handcuffs, a large piece of plastic, web cam, laptop computer, and condoms.

The defendant identified himself as Wei Chin.  Investigation determined that his date of birth is xxxxxx xx, xxxx.

Your affiant knows that it is a violation of 22 District of Columbia Code, Section 3008 for a person 18 years or older to engage in sexual intercourse with a minor under the age of 16 where the adult is at least 4 years older than the minor.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY PALCHAK
　　　　　　　　　　　　　　　　　　　　　　Metropolitan Police Department

Sworn and subscribed to this \_\_\_\_\_ day of February 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DEBORAH A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge