UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff. | : | Criminal Case No.: 08-112-M-01 |
| v. | : | |
| | : | |
| WEI CHIN | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of G. Allen Dale, as retained counsel on behalf of defendant, Wei Chin.

                                                                              _____/s/_____

                                                         G. ALLEN DALE - Bar No. 954537
                                                         601 Pennsylvania Avenue, N.W.
                                                         Suite 900 - North Building
                                                         Washington, D.C.  20004
                                                         (202) 638-2900
                                                         Facsimile:  (202) 783-1654