CRM
2008

0 3 7 7 0

08-112m (DAR)

FILED

FEB 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2008 FDC 003770   File Date 02/16/2008
UNITED STATES vs. WEI CHIN
aka WEI CHIN
PDID # 608760
Lock up number 50

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES                                    TOT
No._____

                                                 P.D.I.D. No. **608-760**
Vs.

**Wei Chin** _____ (Defendant)

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _____.

### COMMITMENT/RELEASE

☒ NO BOND                    ***Protective Custody Ordered***
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: **2/19/08**

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

   Name:_____

   Address:_____

   Telephone No._____

DEFENDANT'S NAME:_____--

Address:_____

_____  Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: **2/16/08**                    _____
                                      JUDICIAL OFFICER PRESIDING

   white-court            yellow-usao            Pink-defense

CD-3026/Mar. 03

03047952

United States of America

Cal # _____
Case No. 08-FDC-3770

.v.

Wei Chin

Defendant's name — Defendant's address — Defendant's phone no

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDGE

| | | |
|---|---|---|
| ☐ | **PERSONAL PROMISE** | **PERSONAL RECOGNIZANCE** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. |
| ☐ $ | | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| ☐ | **SUPERVISORY CUSTODY** | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077<br>SIGNATURE OF CUSTODIAN — Custodian's name / address / phone no |
| ☐ | **YOU ARE TO STAY** | ☐ away from the complaining witness _____ name ☐ within the D C area |
| ☐ | **YOU ARE TO LIVE** | ☐ at _____ address _____ phone no<br>☐ You are to verify your address with DC Pretrial Services in Room C-301 within 24 hours<br>☐ Curfew is imposed at above address from _____ PM to _____ AM |
| ☐ | **DRUGS** | Report to DC Pretrial Services Agency, Room C-220, for<br>☐ Evaluation and if positive  ☐ Program placement by PSA<br>☐ Placement in court ordered surveillance _____<br>☐ Enroll in  ☐ Maintain participation at  ☐ PSA  ☐ ADASA  ☐ Other<br>Refrain from illegal drug use. |
| ☐ | **YOU ARE TO REPORT TO** | D.C. Pretrial Services Agency ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person<br>Probation Officer ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person<br>Parole Officer ☐ Weekly ☐ Other ___ ☐ By Phone ☐ In Person |
| ☐ | **REVIEW** | You are to report to the DC Pretrial Services Agency at room C-301 immediately upon release for a review of conditions |
| ☐ | **YOU ARE TO** | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order |
| ☒ | **OTHER** | Title 77 18 2422(B) + Superior Court Rule 40 |
| ☐ $4,0B | **MONEY BOND** | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the _____ % in registry of the Court<br>☐ **SURETY BOND** Upon execution of appearance bond with approved surety |

**NEXT DUE BACK** on 2/19/08 in Courtroom District Court ☐ AM ☒ PM
If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077

**YOUR ATTORNEY** _____ address _____ phone no

**DEFENDANT'S SIGNATURE** ▶ _____
I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required

**WITNESSED BY** IG (title or agency) DC PSA

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE DC PRETRIAL SERVICES AGENCY, 500 INDIANA AVE, NW, ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS

Date 2/16/08  **SO ORDERED** _____ Signature of Judge

WHITE - COURT JACKET     YELLOW - DEFENSE ATTORNEY
GREEN - DC PRETRIAL SERVICES AGENCY   GOLD - CUSTODIAN
BLUE - DEFENDANT       PINK - US ATTORNEY

FORM CD-1293/JUN 00



**D. C. PRETRIAL SERVICES AGENCY**

**Pretrial Services Report**

United States vs. WEI CHIN

DOB: 8/13/1970

PDID: 608760

**Lockup #: 050**

| | |
|---|---|
| **File Date:** 02/16/2008 | **Docket Number:** |
| Lockup Date: 2/16/2008 | PSA Case #: 08047952 |
| Date Prepared:   2/16/2008 | |
| Date Printed:    2/16/2008 | |

**Charge(s)**
Attempt Enticing a Child

**Detention Eligibility and/or Administrative Procedures**

Based upon information available to PSA this defendant does not qualify for any detention or administrative procedures.

**Recommendations**

PSA General Supervision for Superior Court (SC)

Release Conditions:

1. Report to Pretrial Services Agency (PSA) weekly Specify if other selected: Report in person.
2. Stay away from and have no contact with: Complaining Witness. (PSA#: ).

**Criminal History**

**Last criminal history record check conducted on:** 02/16/2008

**Personal Background**

## Community Ties

**Place of Birth:** China

**DC Area resident for:**

**Total Time in Area:**   4 years

**Marital Status:** Married       **Lives With Spouse:**   Yes

**Children:**   Yes       **No. of Children:** 1

**Children living with Defendant:** 1

**Last Updated Date:**   02/16/2008

**Verified:** Yes       **Verified By:** Spouse

**Verified Date:** 02/16/2008

**Relatives Living With Defendant:**       **Relatives Not Living With Defendant:**

Child(ren)       Mother

Spouse

## Address Information

**Current Address:**

**Address Type:**

**Lives With:** Spouse

**Length at Residence:** 4 years       **Last Stayed:** 02/15/2008

**Last Updated Date:** 02/16/2008

**Verified:** Yes       **Verified By:** Spouse       **Verified Date:** 02/16/2008

## Employment Information

**Status:** Current

**Employment Status:** Unemployed

**Primary Means of Support:** Family

**Length:** 6 months

**Last Updated Date:**   02/16/2008

**Verified:** Yes       **Verified By:** Spouse       **Verified Date:** 02/16/2008

## Education Information

**Education Level:** Master Degree

## Health Information

No health information is available.

## Substance Abuse Information

### Self Reported:
**Defendant indicates never having used substances.**

**Last Updated Date:** 02/16/2008

### Drug Test:
**No Drug Test Information Available**

**Prepared By: Monica Bermudez**                    **Prepared Date: 2/16/2008**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**
**FORM FOR U.S. DISTRICT COURT CASES**

UNITED STATES                                               TOT
No._____

         Vs.                                        P.D.I.D. No. _608-760_

_Wei Chin_____ (Defendant)

☐   This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _____.

**COMMITMENT/RELEASE**

☒   NO BOND
☐   BOND $_____

   Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

   Next Court Date: _____

☐   Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

   Name:_____

   Address:_____

   Telephone No._____

DEFENDANT'S NAME:_____--

Address:_____

_____    Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE:_____    _____
                             JUDICIAL OFFICER PRESIDING

        white-court           yellow-usao              Pink-defense

CD-3026/Mar. 03

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

WEI CHIN
DOB:

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____**February 15, 2008**_____ in ___WASHINGTON___ District of ___COLUMBIA   and elsewhere___ defendant(s) did, (Track Statutory Language of Offense)

**did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce**

in violation of Title ___18___ United States Code, Section(s) ___2422(b)___.

I further state that I am _____, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Complainant

**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C._____
Date                                                                  City and State

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES

VS.

__Wei Chin__

On Friday, February 15, 2008, the undersigned, Detective Timothy Palchak a member of the Innocent Images MPD/FBI Task force was acting in an undercover capacity using Yahoo Instant Messenger posing as a fourteen year old female using the screen name, "Mandy Poole"

The undersigned began chatting with the defendant who uses the screen names, "Wei Chin" and "Juicy Pink", in June of 2007, and has had several Instant Message conversations with the defendant since that time. On February 14, 2008, the defendant using the screen name, "Wei Chi" agreed to have vaginal sex with the undersigned's fictitious character, "Mandy Poole". The defendant stated, "We will go to a small hotel if u are ok with it." The undersigned asked the defendant if he would use condoms because she did not want to get in trouble. The defendant stated, "sure! I got everything". The defendant stated that he would bring a hat with him to make, "Mandy" look older.

On Friday, February 15, 2008, the undersigned made arrangements to meet, "Mandy" in the 100 block of Franklin Street Northeast, Washington, D.C. at 1630 hours. The defendant informed, "Mandy" that he would be driving a four door black Sedan. During the course of the chats the defendant provided his cell phone number to the undercover who was posing as, "Mandy". A Public Database search revealed that the cell phone number resolved back to the defendant, Wei Chin.

On Friday February 15, 2008, the Defendant arrived at the pre arranged meeting location where he was stopped and placed under arrest. (100 block of Franklin Street NE D.C.) The defendant was operating a dark colored four door Honda Civic bearing Maryland registration JLE 270 at the time of his arrest. Recovered from the defendant's vehicle was rope, handcuffs, a large piece of plastic, web cam, laptop computer, and condoms.

_The defendant identified himself as Wei Chin. This was also confirmed by his Drivers License._

Subscribed and sworn before me this __16 FEB 08__ (date)

__D287__     __Youth Div__
Officer     Badge     District     Deputy Clerk

Page 1 of 1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.:** |
| v. | : | |
| **WEI CHIN,** | | |
| Defendant. | : | **Presentment** |

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. § 3141 et seq. Upon motion of the government the Court shall hold a detention hearing in cases that involve a crime of violence 18 U.S. C. § 3142(f)(1)(A)

In the instant case the defendant is charged with Attempted Enticement of a Minor, 18 U.S.C. 2422(b), a crime of violence as defined in § 3156 (a)(4)(C).[1] Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. § 3142(f).

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

BY: _____
      David Last
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530

### Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 16th day of February, 2008.

_____
David Last
Assistant United States Attorney

---

[1] Possession of Child Pornography in violation of 18 U.S.C. § 2252A is a crime of violence as § 2252A is contained within Chapter 110 of the United States Code. Pursuant to § 3156(a)(3)(C) any offense contained within Chapter 110 is a crime of violence for purposes of the pre-trial detention under § 3142.

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES

vs.

___Wei Chin_____

On Friday, February 15, 2008, the undersigned, Detective Timothy Palchak a member of the Innocent Images MPD/FBI Task force was acting in an undercover capacity using Yahoo Instant Messenger posing as a fourteen year old female using the screen name "Mandy Poole".

The undersigned began chatting with the defendant who uses the screen names "Wei Chi" and "Juicy Pink", in June of 2007, and has had several Instant Message conversations with the defendant since that time. On February 14, 2008, the defendant using the screen name, "Wei Chi" agreed to have vaginal sex with the undersigned's fictitious character, "Mandy Poole". The defendant stated, "We will go to a small hotel if u are ok with it." The undersigned asked the defendant if he would use condoms because she did not want to get in trouble. The defendant stated, "sure! I got everything". The defendant stated that he would bring a hat with him to make, "Mandy" look older

On Friday, February 15, 2008, the undersigned made arrangements to meet, "Mandy" in the 100 block of Franklin Street Northeast, Washington, D.C. at 1630 hours. The defendant informed, "Mandy" that he would be driving a four door black Sedan. During the course of the chats the defendant provided his cell phone number to the undercover who was posing as, "Mandy". A Public Database search revealed that the cell phone number resolved back to the defendant Wei Chin

On Friday February 15, 2008, the Defendant arrived at the pre arranged meeting location where he was stopped and placed under arrest. (100 block of Franklin Street NE D.C.) The defendant was operating a dark colored four door Honda Civic bearing Maryland registration JLE 270 at the time of his arrest. Recovered from the defendant's vehicle was rope, handcuffs, a large piece of plastic, web cam, laptop computer, and condoms.

*The defendant identified himself as Wei Chin. This was Also Confirmed by his Drivers License.*

Subscribed and sworn to before me this  16 FEB 08  (date)

_____   D287   Youth Div   _____
Officer              Range   District     Deputy Clerk

Page 1 of 1

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

WEI CHIN
DOB:

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about __February 15, 2008__ in __WASHINGTON__ District of __COLUMBIA   and elsewhere__ defendant(s) did, (Track Statutory Language of Offense)

**did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce**

in violation of Title __18__ United States Code, Section(s) __2422(b)__ .

I further state that I am _____, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Complainant

METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                              City and State

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: |
| v. | : | |
| **WEI CHIN,** | : | |
| Defendant. | : | Presentment |

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. § 3141 et seq. Upon motion of the government the Court <u>shall</u> hold a detention hearing in cases that involve a crime of violence 18 U.S. C. § 3142(f)(1)(A)

In the instant case the defendant is charged with Attempted Enticement of a Minor, 18 U.S.C. 2422(b), a crime of violence as defined in § 3156 (a)(4)(C).[1] Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. § 3142(f).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
David Last
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 16th day of February, 2008.

_____
David Last
Assistant United States Attorney

---

[1] Possession of Child Pornography in violation of 18 U.S.C. § 2252A is a crime of violence as § 2252A is contained within Chapter 110 of the United States Code. Pursuant to § 3156(a)(3)(C) any offense contained within Chapter 110 is a crime of violence for purposes of the pre-trial detention under § 3142.